# Exhibit B

*February 5, 2020 Deposition of Tod Nickles, with Exhibits, in Loquasto v. Fluor Corp., Inc., No. 3:19-CV-01455-B, Northern District of Texas*

**(Filed Under Seal Pending Order on Motion to Seal (ECF No. 83))**